■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIZ SANIFORD, Appellant. [601 NYS2d 852] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kay, J.), rendered June 12, 1991, convicting her of attempted criminal sale of a controlled substance in the fifth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM VASQUEZ, Appellant. [601 NYS2d 850] —Appeal by the defendant from two amended judgments of the Supreme Court, Kings County (Kramer, J.), both rendered June 17, 1992, revoking sentences of probation previously imposed by the same court upon a finding that he had violated conditions thereof, upon his admissions, and imposing sentences of imprisonment upon his previous convictions of attempted criminal sale of a controlled substance in the third degree (two counts; one each as to Indictment Nos. 15133/89 and 15163/89).

Ordered that the appeals are dismissed.

The defendant has absconded and is not now available to obey the mandate of the court (see, People v Diaz, 49 NY2d 760; People v Martin, 119 AD2d 539; People v Bryant, 103 AD2d 832). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.